Cornelius Stephens, Debtor, Main Case No. 26-18311, Adversary Case No. 26-01340 (ABA)

# NOTICE OF CHANGE OF ADDRESS

I, **Cornelius Stephens**, respectfully notify the Court and all parties of record that my mailing address has changed.

**Former Mailing Address:** 33 Main Street Pennsville, NJ 08070

**New Mailing Address:** 5415 Almeda Avenue, Apt. 1C Arverne, NY 11692

This change of address is **effective immediately**.

I request that:

1. **All court notices, orders, and correspondence be sent to my new mailing address**, and
2. **Any mail dated on or after July 1, 2026, be resent to the new address**, and
3. **Any mail returned as undeliverable from the former address be forwarded to the new mailing address listed above.**

I acknowledge my continuing obligation to maintain updated contact information.

Dated: August 28, 2026

**Respectfully submitted,**

**Cornelius Stephens**
5415 Almeda Avenue, Apt. 1C
Arverne, NY 11692
Email: stephenscornelius@gmail.com
Phone: (215) 960-2509

JEANNE A. NAUGHTON, CLERK
FILED
SEP 10 2026
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY ________ DEPUTY

Cornelius Stephens
5415 Almeda Ave, Apt 1C
Arverne NY 11692

MID-ISLAND NY 117
8 SEP 2026 PM 2 L




X-RAYED

U.S. Bankruptcy Court, District of New Jersey
Office of the Bankruptcy Clerk
401 Market Street
Camden, N.J. 08101

08101-001699