Cornelius Stephens
33 Main Street
Pennsville, New Jersey 08070
stephenscornelius@gmail.com
(215) 960-2509
Plaintiff-Debtor Pro Se

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 OCT -8 P 4: 5 FILED
JEANNE A. NAUGHTON, CLERK
OCT 0 8 2026
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _______________ DEPUTY

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden Vicinage)

| | |
|---|---|
| In re: Cornelius Stephens,<br>Debtor. | Main Chapter 13 Case No.: 26-18311-ABA<br>Chapter 13 |
| CORNELIUS STEPHENS,<br>Plaintiff,<br>v.<br><br>CASTLEROCK 2017, LLC; CASTLE CFD GROUP, LLC; and MADISON CFD, LLC,<br>Defendants. | Adversary Proceeding No.: 26-01340-ABA<br><br>Judge Andrew B. Altenburg, Jr.<br><br>MODIFIED CHAPTER 13 PLAN BEFORE CONFIRMATION PURSUANT TO THE MANDATE OF FED. R. BANKR. P. 3015(h) |

## SECTION 1: PLAN FUNDING AND ADMINISTRATIVE EXPENSE CURE

1 **INVESTMENT COMMITMENT TO THE TRUSTEE:** To completely cure the administrative pre-confirmation funding omissions decimated in this Court's prior dismissal order, the Debtor hereby modifies his plan funding terms prior to confirmation. The Debtor shall submit to the designated Chapter 13 Standing Trustee, Andrew B. Finberg, Esq., the sum of **$150.00 per month for a strict statutory duration of thirty-six (36) consecutive months**.

Because the underlying secure debt is completely satisfied and legally dead, zero dollars ($0.00) of the monthly plan funding shall be distributed to Castlerock 2017, LLC, Castle CFD Group, LLC, or Madison CFD, LLC. This modified plan is maintained in good faith as a separate legal entity track to enable the Plaintiff-Debtor to exercise the trustee's strong-arm avoidance powers under **11 U.S.C. Section 544(a)(3)** within pending Adversary Proceeding No. 26-01340-ABA, ensuring the permanent quiet title restoration of the primary homestead located at 33 Main Street, Pennsville, NJ 08070 (Tax Block 2803, Lot 3).

Dated: October 6, 2026

Cornelius Stephens, Plaintiff-Debtor Pro Se