**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Order Filed on October 8, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Cornelius Stephens,<br>Debtor. | Case No.: 26-18311<br><br>Chapter: 13<br><br>Hearing Date: September 1, 2026, at 10:00 a.m.<br><br>Judge: Andrew B. Altenburg, Jr. |

**ORDER DENYING MOTION FOR TURNOVER OF PERSONAL PROPERTY**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: October 8, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

---

**THIS MATTER** having come before the court on Debtor, Cornelius Stephens' *Motion for Turnover of Property* (the "Motion") (Doc. No. 7); and Castlerock 2017 LLC having filed opposition (Doc. No. 23); and the Debtor having filed a response thereto (Doc. No. 25); and a hearing having been held on September 1, 2026; and the parties having appeared and made argument; and

**WHEREAS** for the reasons set forth in the *Order Denying Motion For Turnover Of Property, In Part And Holding Decision In Abeyence In Part* and Memorandum Decision attached thereto dated September 22, 2026 (the "Turnover Order") Doc. No. 30, the Court denied the Motion as to certain real property but held the Motion in abeyance as to alleged personal property. The Turnover Order was served on the Debtor at the address he provided on his filed Change of Address form, Doc. No. 29, at 5415 Almeda Avenue, Apt. 1-C, Arverne, NY 11692. *See* Doc. No. 32; and

**WHEREAS** due to the fact that the Debtor failed to meet his burden in his Motion to identify what alleged personal property of his that Castlerock and/or the Sheriff remained in possession of; how that property can be used in this case; and its value the Turnover Order required the Debtor by two (2) weeks from the date of the Turnover Order, i.e., by October 6, 2026, to file on the Docket in this case a certification and actual proof by way of evidence/exhibits to establish or identify what property of the estate remains in the possession, custody or control of Castlerock and/or the Sheriff; the property can be used in accordance with the provisions of section 363; and value of the property; and

**WHEREAS** the Turnover Order specifically provided, *inter alia*:

> Should the Debtor fail to timely comply with this Order, including but not limited to the filing of a certification and actual proof by way of evidence/exhibits, the Motion as to the personal property will be **DENIED**.

*Id*. at ¶ 2.

**WHEREAS** the Debtor has not filed any certification on the Docket as required by the Turnover Order; it is

**ORDERED** that the Motion for Turnover of Property as to any personal property is **DENIED**.

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-18311-ABA

Cornelius Stephens Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 2

Date Rcvd: Oct 08, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| @ | Recipients marked '@' were noticed on Oct 24, 2026. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| @db | + | Cornelius Stephens, 5415 Almeda Avenue, Apt. 1-C, Arverne, NY 11692-1503 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Matthew K. Fissel | on behalf of Defendant Castlerock 2017 LLC bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Defendant Madison CFD LLC bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor Castlerock 2017 LLC bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Defendant Castle CFD Group LLC bkgroup@kmllawgroup.com |

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6